UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LARRY REED and DARNELL MCCOY, SR., *on behalf of themselves and all individuals similarly situated*,<br><br>    Plaintiffs,<br>v.<br><br>GENERAL MOTORS LLC and ONSTAR, LLC,<br><br>    Defendants. | Case No.: |

**INDEX OF EXHIBITS**

Ex. 1 –   Mathilde Carlier, *Estimated U.S. market share held by selected automotive manufacturers in 2023,* Statista (Mar. 11, 2024)

Ex, 2 –   Nick Bunkley, *Toyota Ahead of G.M. in 2008 Sales,* THE NEW YORK TIMES (January 21, 2009)

Ex. 3 –   *Definition of Connected Car – What is the connected car? Defined*, Auto Connected Car News (Apr. 22, 2014)

Ex. 4 –   Sam Mceachern, *General Motors Reaches 1 Million OnStar Wi-Fi Subscriptions Milestone*, GM AUTHORITY (Oct. 20, 2020)

Ex. 5 –   Jake Holmes, *GM to Launch Brand-Specific OnStar Mobile Apps for Android and iPhone*, CAR AND DRIVER (Jul. 23, 2010)

Ex. 6 –   LaReau, Jamie L., *GM offers OnStar service to drivers of any vehicle in US*, Canada, DETROIT FREE PRESS (June 7, 2021)

Ex. 7 –   *Connected Car Report*, EVERIS

Ex. 8 –   Kalea Hall, *GM makes OnStar, connected services plan standard on some vehicles*, THE DETROIT NEWS (Aug. 9, 2022)

Ex. 9 –  *Connected car, automotive value chain unbound*, MCKINSEY & CO. (Sept. 2014)

Ex. 10 – Markus Löffler, et al., *Shifting gears: Insurers adjust for connected-car ecosystems*, MCKINSEY & CO. (May 20, 2016)

Ex. 11 – Get Snapshot from Progressive

Ex. 12 – Kashmir Hill, "*Automakers Are Sharing Consumers' Driving Behavior With Insurance Companies*," THE NEW YORK TIMES (Mar. 11, 2024)

Ex. 13 – Susan Meyer, *Gen Z doesn't want to share data with auto insurance companies, but Millenials do*, THE ZEBRA, (updated Mar. 12, 2024)

Ex. 14 – OnStar User Terms for Application Services

Ex. 15 – OnStar User Terms for Connected Vehicle Services

Ex. 16 – OnStar Privacy Statement for Application Services

Ex. 17 – General Motors U.S. Connected Services Privacy Statement

Ex. 18 – Kashmir Hill, *General Motors Quits Sharing Driving Behavior with Data Brokers*, THE NEW YORK TIMES (Mar. 22, 2024)