# Exhibit 1

Source: https://www.statista.com/statistics/249375/us-market-share-of-selected-automobile-manufacturers/

**Estimated U.S. market share held by selected automotive manufacturers in 2023**

**You need a Statista Account for unlimited access**

Get full access

Already have an account? Login

Additional Information

© Statista 2024

Show source

### Sources

→ Show sources information
→ Show publisher information
→ Use Ask Statista Research Service

### Release date

2024

### Region

United States

**Survey time period**
2023

**Supplementary notes**
Includes light trucks.
Quarterly figures have been added up; the values
have been rounded; market share values are
Statista calculations based on actual figures
provided by the source.

**Citation formats**
➜ View options

### Automotive manufacturers' estimated market share in the U.S. 2023

Published by Mathilde Carlier, Mar 11, 2024

At around 16.9 percent, General Motors held the largest share of the auto market in the United States in 2023. General Motors remained the most successful automotive manufacturer in the United States. Between 2004 and 2021, however, the manufacturer lost market share, while that of Toyota rose as a result of an increased focus on light truck models in the lineup. This shifted in 2022, but 2023 led to another drop in market share of the American automaker, though the Toyota Motor Corporation also reported a drop in market share that year, accounting for around 14.5 percent of the U.S. light vehicle sales.

### Asian manufacturers dominate non-domestic competition

Among the non-domestic manufacturers, Asian automakers proved to be the most successful group. Asian car brands selling vehicles to customers in the United States include Toyota, Honda, Nissan, Hyundai, and Subaru. Toyota was also among the most valuable automotive brands worldwide as of June 2023. Both Toyota and Lexus were the brands with the highest consumer satisfaction in the United States that same year.

### How many brands do auto manufacturers own?

General Motors, Ford, and Toyota are the leading automotive manufacturers based on market share in the United States. The Ford Motor Company mainly sells vehicles under its namesake brand, while the Toyota Motor Corporation offers several brands, including Lexus and Toyota. General Motors sells vehicles under various brands, including Chevrolet, Buick, and GMC. In 2017, GM and PSA Group closed a deal in which the French carmaker acquired GM's Opel and Vauxhall brands.