# Exhibit 5

SUBSCRIBE   REVIEWS   NEWS   WHAT'S MY CAR WORTH?   BUYER'S GUIDE

Home / News

# GM to Launch Brand-Specific OnStar Mobile Apps for Android and iPhone

Buick, Cadillac, Chevrolet, and GMC will soon launch applications for Android and Apple iPhone smartphones that allow vehicle owners to remotely view diagnostic information and control some aspects of their car's operation. Once a vehicle is paired with the app, drivers will be able to lock or unlock doors, sound the horn, or start their vehicle from [...]

JAKE HOLMES    PUBLISHED: JUL 23, 2010



Buick, Cadillac, Chevrolet, and GMC will soon launch applications for Android and Apple iPhone smartphones that allow vehicle owners to  remotely  view diagnostic information and control some aspects of their car's operation.

Once a vehicle is paired with the app, drivers will be able to lock or unlock doors, sound the horn, or start their vehicle from anywhere they have cell service. (We see

good prank possibilities with that horn bit.) The apps will also display the vehicle's current fuel level, remaining oil life, tire pressure, average fuel economy, and odometer reading. An in-app button will place a call to OnStar operators.

 

Over the next few months, each of the General's brands will roll out its own mobile app (somehow) tailored to its customers' needs. All of them will have the aforementioned features, but each will add more functionality that appeal to brand buyers. We're predicting a high-end restaurant guide for the Cadillac app and an on-screen measuring tape for the GMC version.

A GM spokesperson told us that the applications won't work with the 2011 Buick Regal, due to problems integrating the latest ninth-generation OnStar hardware with the European-designed car. By this time next year, the 2012 Regal and every other GM vehicle should be compatible with the services. (Bad luck, Regal early adopters.) We don't yet know whether you'll have to pay for the apps; GM told us we'd have to wait and see how each brand prices its offering.

Additionally, the Chevrolet app won't control the Chevrolet Volt, as the Volt will have its own application with features unique to the plug-in vehicle. The **Volt app** promises charge scheduling as well as notification of battery charge states, and should be available for free to Volt owners.

## Ready to ride shotgun with us?

Sign up for the smartest car news out there.

LET'S GO.

By signing up, I agree to the Terms of Use (including the dispute resolution procedures) and have reviewed the Privacy Notice.

WATCH NEXT

