# Exhibit 6

# Detroit Free Press

GENERAL MOTORS

# GM offers OnStar service to drivers of any vehicle in US, Canada



**Jamie L. LaReau**
Detroit Free Press

Published 10:00 a.m. ET June 7, 2021 | Updated 4:38 p.m. ET June 7, 2021

Drivers of vehicles other than those made by General Motors now have access to OnStar's emergency advisers and additional services.

OnStar, the GM subsidiary that offers subscription-based services such as communications with trained advisers, in-vehicle security, emergency and roadside help, is making its OnStar Guardian mobile app available to anyone in the United States and Canada with a compatible Apple or Android cellphone.

Sign-up starts Monday for the OnStar Guardian app. For $15 a month, customers will have 24/7 access to emergency advisers and other services. The customer can add up to seven friends or family to a plan for free.

OnStar leaders said offering the app to a broader audience offers protection at a crucial time.

"Over the past year, we've heard incredible stories that illustrate how OnStar Guardian has helped our members," Santiago Chamorro, GM vice president of Global Connected Services said in a statement. "As pandemic-related restrictions relax and people begin to travel again, we understand it is important that everyone feels protected and connected."

**'Help is on the way':** GM to increase vehicle deliveries to dealers

**Lunar roving vehicle:** GM to help get astronauts to moon's dangerous South Pole

## Future growth

OnStar launched the Guardian app around this time last year. The expansion of it to the general public is part of GM's plan to find revenue opportunities beyond vehicle sales, given

3/28/24, 12:45 PM
GM: OnStar Guardian app now available to anyone in U.S., Canada
Case 2:24-cv-10804-JJCG-CI ECF No. 1-7, PageID.64 Filed 03/28/24 Page 3 of 4

the cyclical nature of car sales and the cost to research and develop electric vehicles and self-driving cars. GM has said it will spend $27 billion on EV/AV technology through 2025.

During an investor "fireside chat" Thursday hosted by Credit Suisse, GM CEO Mary Barra talked about GM's plan to maintain revenues as it eventually stops selling internal combustion engine vehicles and transitions to an all-electric lineup.

Barra said GM has many areas where it can continue to make money, including with subsidiary businesses such as its BrightDrop electric delivery trucks and OnStar.

"OnStar is a very significant business for us today," Barra said. "Even though we don't publicly break out financials, we think it's going to continue to be a key enabler for future growth with services like OnStar Guardian that we think has a (total addressable market) of about $100 billion globally."

Total Addressable Market means the potential total revenues that could come from all participants in a certain business. For example, in November, GM announced OnStar Insurance and said it will offer the insurance nationwide to the general public by the end of 2021. That business, Barra said, has a total addressable market of $250 billion — the estimated size of the whole auto insurance industry.

"There are several initiatives that we've launched that we'll be able to share as we get into the Investor Day," Barra said.

GM outlines its business strategy to investors on Investor Day, which will happen this fall, but no date is set yet.

# For $15 a month

For each download of the OnStar Guardian app, OnStar said it will donate $1 to the Alzheimer's Association,  starting in this month. The donation is to accelerate Alzheimer's research and improve care and support.

Here is what OnStar Guardian offers:

> **Mobile Crash Response**: This uses smartphone sensors to detect crashes and alert an emergency-certified OnStar adviser who can call you or alert emergency personnel to your location.

- **Location Status**: A new feature launching this month. It saves and shares favorite locations on the app's embedded map and receive notifications for destination departures and arrivals of family and friends.
- **Roadside Assistance**: Assistance for a battery charge, lockout, flat tire and gas delivery.
- **Emergency Services**: Get 24/7 access to OnStar advisers for guidance or help in any urgent situation.

OnStar has built the app to be compatible with both Android and iPhone devices, so it does not require a specific phone model to enable the service, said Stephanie Obendorfer, GM spokeswoman.

While some smartphones already dial 911 in the event of an emergency, Obendorfer said the OnStar Guardian app offers added value.

"Our OnStar Advisers are an integral part of the equation," Obendorfer said in an email. "If the Adviser sees a need, they will escalate and involve 911, transmitting vital information to first responders, while consulting with the member involved in the crash and providing medical advice if necessary."

OnStar Guardian is currently available to OnStar members who drive GM vehicles in the U.S. and Canada and are enrolled in a Safety and Security plan.

The app is available through the Apple App Store and Google Play, Obendorfer said.

More details for OnStar Guardian can be found at OnStar.com.

*Contact Jamie L. LaReau: 313-222-2149 or jlareau@freepress.com. Follow her on Twitter @jlareauan. Read more on General Motors and sign up for our autos newsletter. Become a subscriber.*