# Exhibit 8



# The Detroit News
SERVING MICHIGAN SINCE 1873  150 YEARS

GM

# GM makes OnStar, connected services plan standard on some vehicles



**Kalea Hall**
The Detroit News

Published 5:31 p.m. ET Aug. 9, 2022 | **Updated 9:12 a.m. ET Aug. 10, 2022**

A connected services plan previously offered as an option is now standard on Buick and GMC vehicles and the Cadillac Escalade at the cost of $1,500, General Motors Co. confirmed Tuesday.

Beginning in early June, new retail Buick and GMC vehicles sold in the U.S. come with a three-year OnStar and Connected Services Premium Plan. The plan was also made standard on the new Cadillac Escalade in July.

Customers have to pay for the service, which is included in the manufacturer's suggested retail price, even if they do not want to use it. They will have access to OnStar and Connected Services for three years, including services such as remote key fob, Wi-Fi data and OnStar safety services.

"By including this plan as standard equipment on the vehicle, it helps to provide a more seamless onboarding experience and more customer value," GM spokesperson Kelly Cusinato said in a statement.

She added that the automaker is "continuing to work with dealers and update all sales materials about the new Premium Plan so it is easier to understand."

Cusinato said GM plans to "offer more services that we know will be important to the ownership experience and will add more value."

GM's Chevrolet brand is still finalizing plans for OnStar, remote access and connectivity options through its MyChevy app and will disclose more details soon.

When the initial plan expires, customers can again subscribe to the premium plan or choose a different plan to continue services. They will not be automatically enrolled into a new plan.

The Detroit Free Press first reported about the service being made standard on Tuesday.

*khall@detroitnews.com*

*Twitter:@bykaleahall*