# Exhibit 11

    Explore Products    Claims    About Us    Resources    1-855-347-3939    Log In

# Get Snapshot from Progressive

We've handed out over $1.2 billion in discounts!



**LOCATION**

ZIP Code

Quote & sign up

⌄ **EXPLORE AUTO**
Discounts, coverages, & more

Snapshot video ›

ℙ · Insurance · Car Insurance · Discounts · Snapshot

## Snapshot rewards you for good driving

Progressive's Snapshot program personalizes your car insurance rate based on your actual driving. It's technically called usage-based insurance. That means you pay based on how and how

much you drive instead of just traditional factors. In most states, you get an automatic discount ‡ just for participating and a personalized rate at renewal depending on your results. While your rate could increase with high-risk driving, most drivers save with Snapshot. In fact, drivers who save with Snapshot save an average of $231 a year. *

## How does Snapshot work?



PLAY VIDEO

[Show video transcript](#)

### How to get started with Snapshot

**01  SIGN UP**

Get a quote, enroll in Snapshot, and then choose to participate using

**02  DRIVE**

Simply get on the road and drive— it's that easy.

**03  SAVE**

You can check progress to see how you're doing

Case 2:24-cv-10804-JJCG-CI   ECF No. 1-12, PageID.160   Filed 03/28/24   Page 4 of 9

the mobile app or plug-in device.

in the app or online.

**Mobile app**    Plug-in device

## Download the mobile app, register, and drive

If the mobile app isn't available in your state, you can use the plug-in device. Questions? See our Snapshot FAQs.

## Dashboard

Your main view. From here, you can go to your driving status, most recent trips, and ways to improve your driving.

## Trip details

Shows more info about a specific trip with a map that highlights where you had a hard brake, fast acceleration, or used your phone.

## Trip Log

Shows all your trips. We only count trips when you're the driver, and you can recategorize if necessary.

## Driving Tips

Get pro tips based on your current driving to boost your score and possible discount.





**WAYS TO SAVE**

# Tips to maximize your Snapshot discount



### Limit hard brakes and accelerations

**accelerations**

Go easy on the gas and avoid slamming your brakes.



### Avoid late night driving

Limit trips between 12-4 a.m. on weekends, as the roads can be more dangerous then.



### Drive less overall

If you spend less time behind the wheel, you could save more.



### Stay off your phone

Avoid texting, calls, or other handheld phone activity to stay safe and boost your discount. [**]

We know there's more to saving on car insurance than good driver discounts. Learn how you can get the lowest possible rate by checking out our cheap car insurance tips.

See all discounts

# How much could you save with Snapshot?

$ **94**  **Average discount at program sign up ‡**

You get an automatic discount just for signing up. It's credited on your very first policy period (before you start your Snapshot program) and expires when you renew. Then, you get a rate based on your actual driving.

\+

$ **231**  **Average discount at program completion \***

The Snapshot discount is credited when you renew your auto policy with Progressive (usually after six months), assuming we've collected the required minimum driving data. Customers who renewed their policy, and earned a Snapshot discount, saved an average of $231. *

Your rate may increase with high-risk driving. But, only about 2 out of 10 drivers actually get an increase.



### Get an auto insurance quote online or call for advice

Quote & sign up

Or, call 1-855-347-3939



| **Insurance** | **Our Company** | **Quick Links** | **Connect** |
|---|---|---|---|
| Car Insurance | About Us | Continue Previous Quote | 1-855-347-3939 |
| Home Insurance | Careers | Report a Claim | Contact Us |
| Progressive Answers | Investors | Make a Payment | Progressive App |
| Explore All Products | Newsroom | PerkShare | Become a Partner |

Search / Keywords

Search

Contact Us    Site Map    Accessibility Services    Technical Help    Privacy & Security

Terms of Use    CA Notice at Collection    Insurance Resources

Do Not Sell or Share My Personal Information (CA Residents Only)

**THE #1 INSURANCE WEBSITE**

Copyright 1995 – 2024. Progressive Casualty Insurance Company. All Rights Reserved.

We offer insurance by phone, online and through independent agents. Prices vary based on how you buy.

ΔDiscount varies and is not available in all states or situations.

Snapshot® is not available in all states and situations. For more information about Snapshot, please review our Snapshot Privacy Statement and Snapshot Terms and Conditions.

Snapshot not available in CA.

‡For new Progressive customers only. Discount will expire upon renewal of policy. Participation discount not available in HI & NY. Snapshot not available in CA.

*Average discount excludes HI and NC. Snapshot not available in CA or from all agents.

**We only consider phone use in some states and if you choose the Snapshot mobile app.