# Exhibit 17



# Privacy Statement



## Mobile App Privacy Statements

- [Privacy Statement for Application Services (myChevrolet, myBuick, myGMC, myCadillac Mobile Apps)](#)
- [Privacy Statement for OnStar Guardian](#)

## Previous Privacy Statements

- [January 1, 2023](#)
- [May 31, 2022](#)
- [July 1, 2021](#)
- [January 1, 2020](#)
- [May 1, 2018](#)
- [January 1, 2017](#)
- [June 1, 2014](#)
- [January 1, 2011](#)
- [FMV (For My Vehicle)](#)



At General Motors and OnStar, your privacy is important to us, as is your trust in our products and services.

Our U.S. Connected Services Privacy Statement and California Consumer Privacy Statement (collectively "Privacy Statement") describe how we collect, use, and share your personal information, including information obtained through this site and your use of our connected services.

Please take a moment to review our Privacy Statement and contact us at 1-866-MYPRIVACY (1-866-697-7482) or 1-888-4ONSTAR (1-888-466-7827) if you have any questions.

- View and print our entire California Consumer Privacy Statement (PDF)
- View and print our entire U.S. Connected Services Privacy Statement (PDF)

Corresponding sections of our current U.S. Connected Services Privacy Statement can be viewed by clicking each section's plus sign.

## GENERAL MOTORS U.S. CONNECTED SERVICES PRIVACY STATEMENT
Last Updated: July 1, 2023

### INFORMATION WE COLLECT AND SOURCES OF INFORMATION

### HOW WE MAY USE YOUR INFORMATION

### HOW WE MAY SHARE YOUR INFORMATION

### YOUR CHOICES

### EXERCISING YOUR RIGHTS

### YOUR OBLIGATIONS

COOKIES AND OTHER ONLINE TRACKING TECHNOLOGIES

THIRD PARTY SERVICES, APPLICATIONS, AND WEBSITES

BIOMETRIC TECHNOLOGY

ACCESS AND UPDATES TO YOUR INFORMATION

HOW WE SAFEGUARD YOUR INFORMATION

HOW LONG WE KEEP YOUR INFORMATION

CHILDREN'S PRIVACY

INTERNATIONAL DATA TRANSFERS

CHANGES TO THIS PRIVACY STATEMENT

HOW TO CONTACT US