# Exhibit 18

*The New York Times*  https://www.nytimes.com/2024/03/22/technology/gm-onstar-driver-data.html

# General Motors Quits Sharing Driving Behavior With Data Brokers

G.M. had provided information about braking, acceleration and speed to LexisNexis Risk Solution and Verisk, firms that generated driver risk profiles for insurers.

 By Kashmir Hill

March 22, 2024

General Motors said Friday that it had stopped sharing details about how people drove its cars with two data brokers that created risk profiles for the insurance industry.

The decision followed a New York Times report this month that G.M. had, for years, been sharing data about drivers' mileage, braking, acceleration and speed with the insurance industry. The drivers were enrolled — some unknowingly, they said — in OnStar Smart Driver, a feature in G.M.'s internet-connected cars that collected data about how the car had been driven and promised feedback and digital badges for good driving.

Some drivers said their insurance rates had increased as a result of the captured data, which G.M. shared with two brokers, LexisNexis Risk Solutions and Verisk. The firms then sold the data to insurance companies.

Since Wednesday, "OnStar Smart Driver customer data is no longer being shared with LexisNexis or Verisk," a G.M. spokeswoman, Malorie Lucich, said in an emailed statement. "Customer trust is a priority for us, and we are actively evaluating our privacy processes and policies."

Romeo Chicco, a Florida man whose insurance rates nearly doubled after his Cadillac collected his driving data, filed a complaint seeking class-action status against G.M., OnStar and LexisNexis this month.

An internal document, reviewed by The Times, showed that as of 2022, more than eight million vehicles were included in Smart Driver. An employee familiar with the program said the company's annual revenue from Smart Driver was in the low millions of dollars.

**Kashmir Hill** writes about technology and how it is changing people's everyday lives with a particular focus on privacy. She has been covering technology for more than a decade. More about Kashmir Hill

A version of this article appears in print on , Section B, Page 5 of the New York edition with the headline: General Motors Quits Sharing Data on Drivers