# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Larry Reed and Darnell McCoy, | Case No. 2:24-cv-10804 |
| Plaintiffs, | Hon. Jonathan J.C. Grey |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| General Motors LLC and OnStar, LLC, | |
| Defendants. | |
| Suzanne Block and Charles Justus, III, | Case No. 2:24-cv-10824 |
| Plaintiffs, | Hon. Jonathan J.C. Grey |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| General Motors LLC, OnStar, LLC, and LexisNexis Risk Solutions Inc., | |
| Defendants. | |

**LEXISNEXIS RISK SOLUTIONS INC.'S RESPONSE TO JOINT MOTION TO CONSOLIDATE AND JOINT MOTION FOR APPOINTMENT OF CO-LEAD INTERIM CLASS COUNSEL AND <u>PLAINTIFFS' EXECUTIVE COMMITTEE</u>**

## STATEMENT OF ISSUES PRESENTED

1. Should the court consolidate the above-captioned putative class actions under Rule 42(a) of the Federal Rules of Civil Procedure and E.D. Mich. LR 42.1?

    Defendant LexisNexis Risk Solutions Inc.'s answer: Defendant does not oppose consolidation but otherwise reserves all its rights and defenses to Plaintiffs' claims.

2. Should this Court defer ruling on Plaintiffs' Interim Class Counsel Motion because the parties have agreed that a stay of this litigation is appropriate given the pending proceedings before the Joint Panel on Multidistrict Litigation?

    Defendant LexisNexis Risk Solutions Inc.'s answer: Yes.

Defendant LexisNexis Risk Solution Inc. ("LNRS") respectfully submits this response to Plaintiffs Larry Reed, Darnell McCoy, Suzanne Block and Charles Justus, III (collectively, "Plaintiffs") Joint Motion for Consolidation and Appointment of Co-Lead Interim Class Counsel and Plaintiffs' Executive Committee.  ECF Nos. 8-9. [1]

LNRS adopts and incorporates the arguments set forth in Defendants General Motors, LLC and OnStar, LLC's Response ("GM Defendants' Response") (ECF No. 16).

For the reasons explained in the GM Defendants' Response, LNRS does not oppose Plaintiffs' Joint Motion to Consolidate.  However, LNRS reserves all rights and defenses to challenge Plaintiffs' claims and intends to contest that the claims can be maintained as a class action.

With respect to Plaintiffs' Interim Class Counsel Motion, for the reasons stated in GM Defendants' Response, LNRS requests that any ruling on that motion be stayed pending an order from the JPML.

---

[1] LNRS is not a named defendant in *Reed, et al. v. General Motors LLC, et al.*, No. 2:24-cv-10804.  However, Plaintiffs filed their Joint Motion to Consolidate in *Reed* (ECF No. 8) and a Notice of Joint Motion for Consolidation in *Block v. General Motors LLC, et al.,* No. No. 2:24-cv-10824 (ECF No. 9).  Pursuant to E.D. Mich. LR 42.1, LNRS is filing its response in *Reed*, the earliest numbered case.

3

                                          Respectfully submitted,

*/s/ Matthew J. Lund*
MATTHEW J. LUND (P48632)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
248.359.7300
*matthew.lund@troutman.com*
*Attorneys for LexisNexis Risk Solutions Inc.*

Dated:  April 18, 2024

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Larry Reed and Darnell McCoy, | Case No. 2:24-cv-10804 |
| Plaintiffs, | Honorable Judge Jonathan J.C. Grey |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| General Motors LLC, and OnStar, LLC. | |
| Defendants. | |
| Suzanne Block and Charles Justus, III, | Case No. 2:24-cv-10824 |
| Plaintiffs, | Honorable Judge Jonathan J.C. Grey |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| General Motors LLC, OnStar, LLC, and LexisNexis Risk Solutions Inc., | |
| Defendants. | |

### **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I caused a copy of the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the U.S. District Court, Eastern District of Michigan, and notice will be sent by the Court's electronic filing system to all ECF participants.

*/s/ Matthew J. Lund*
MATTHEW J. LUND (P48632)