## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Larry Reed et al.,

        Plaintiffs,               Case No. 24-10804

v.                             Judge Jonathan J.C. Grey

General Motors LLC et al.,

        Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION (ECF No. 18)

On April 22, 2024, defendants filed a motion for extension of time to file an answer or otherwise respond to plaintiffs' complaint. (ECF No. 18.) The defendants' answers were due on April 25, 2024. On April 25, 2024, the Court entered a stipulated order staying the case pending resolution of a motion to transfer and centralize litigation currently before the Judicial Panel on Multidistrict Litigation ("JPML"). (ECF No. 19.) Given that the motion for extension is jointly filed and the pendency of the motion to transfer and centralize, the Court finds good cause to grant the extension under Federal Rule of Civil Procedure 6(b). The defendants **SHALL** file a response to the complaint within 30 days of the Court lifting the stay.

**SO ORDERED.**

Dated:   May 20, 2024                    **s/ Jonathan J.C. Grey**
                                         Hon. Jonathan J.C. Grey
                                         United States District Judge

### Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 20, 2024.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager