UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Larry Reed

        Plaintiff(s),                    CASE NO.    24-10804

v.                                            JUDGE       Jonathan JC Grey

General Motors, LLC, et al

        Defendant(s).

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:    U.S. District Court
          Northern District of Georgia

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER in Multi District Litigation 3115.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 3115. Please file all future documents with the court listed above.

                                        KINIKIA ESSIX, CLERK OF COURT

Date:  June 10, 2024                 By      s/Sarah Schoenherr
                                                       Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

                                        KINIKIA ESSIX, CLERK OF COURT

Date:  June 10, 2024                 By      s/Sarah Schoenherr
                                                       Deputy Clerk